UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61936-Civ-Scola/Otazo-Reyes

MARK S. MAIS,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,
FLORIDA UNITED RADIOLOGY, L.C.
SHERIDAN ACQUISITION ASSOCIATES, P.A
and JACK W. BROWN, III

    Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

    Plaintiff, Mark S. Mais, gives notice of filing supplemental authority with respect to Defendant, Jack W. Brown, III's Motion for Summary Judgment (DE 64), and states as follows:

    Attached as Exhibit "A," is the Order of the United States District Court for the Eastern District of Michigan in <u>Brennan v. National Action Financial Services, Inc.</u>, Case No.: 12-cv-10551 (E.D. Mich. September 7, 2012); which articulates the statutory basis for officer liability under the Telephone Consumer Protection Act.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339

Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

O. Randolph Bragg, Esq.
HORWITZ, HORWITZ & ASSOC.
Suite 900
25 East Washington Street
Chicago, Illinois 60602
Telephone: (312) 372-8822
Fax:   (312) 372-1673
rand@horwitzlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61936-Civ-Scola/Otazo-Reyes

MARK S. MAIS,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,
FLORIDA UNITED RADIOLOGY, L.C.
SHERIDAN ACQUISITION ASSOCIATES, P.A
and JACK W. BROWN, III

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Mr. Ernest H. Kohlmyer, III, Esq.
for Gulf Coast Collection
Bureau Inc., and Jack W. Brown, III.
Urban, Thier, Federer & Chinnery, P.A.
Suite 2000
200 South Orange Avenue
Orlando, FL 32801
Telephone: 407-245-8352
Facsimile: 407-245-8352

Via Notices of Electronic Filing generated by CM/ECF


Ms. Eileen L. Parsons, Esq.
Attorney for Florida United
Radiology, L.C. and Sheridan
Acquisition Associates, P.A
Ver Ploeg & Lumpkin, P.A.
30 Floor
Southeast Second Street
Miami, FL 33131
Telephone: 305-577-3996
Facsimile: 305-577-3558

Via Notices of Electronic Filing generated by CM/ECF