UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:11-61936-SCOLA

MARK S. MAIS, on behalf of himself
and all others similarly situated,

    Plaintiffs,

vs.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
_____/

## JOINT THIRTY (30) DAY STATUS REPORT

COMES NOW, Plaintiff/Appellee, MARK S. MAIS ("Mais"), and Defendant/Appellant, GULF COAST COLLECTION BUREAU, INC. ("GCCB"), and pursuant to this Court's Order (**DE 210**), presents the parties' Joint Thirty (30) Day Status Report regarding Defendant's Request for Interlocutory Appeal to the Eleventh Circuit for the time period from September 9, 2013 through and including October 7, 2013, and herein states as follows:

1. On September 17, 2013, undersigned counsel for GCCB filed his Appearance of Counsel Form with the United States Court of Appeals for the Eleventh Circuit.

2. On September 18, 2013, GCCB filed its Eleventh Circuit Transcript Order Form with the United States District Court, Southern District of Florida (**DE 222**), and forwarded a copy to the United States Court of Appeals for the Eleventh Circuit via First Class Mail.

3. On September 18, 2013, GCCB filed its Civil Appeal Statement with the United States Court of Appeals for the Eleventh Circuit.

4. On September 18, 2013, GCCB filed its Certificate of Interested Persons and Corporate Disclosure Statement with the United States Court of Appeals for the Eleventh Circuit.

5. On September 19, 2013, the United States Court of Appeals for the Eleventh Circuit issued its Memorandum to Counsel or Parties setting forth the deadline of October 15, 2013 to file and serve Appellant's Brief and the deadline to file and serve Appellant's Appendix seven (7) days thereafter.

6. On October 1, 2013, Donald A. Yarbrough, Esquire, co-counsel for Mais, filed his Appearance of Counsel Form with the United States Court of Appeals for the Eleventh Circuit.

7. On October 2, 2013, O. Randolph Bragg, Esquire, co-counsel for Mais, filed his Appearance of Counsel Form with the United States Court of Appeals for the Eleventh Circuit.

8. On October 2, 2013, GCCB filed its Unopposed Motion for Extension of Time to File Appellant's Brief and Appendix.

9. On October 4, 2013, the United States Court of Appeals for the Eleventh Circuit entered an Order granting GCCB's Unopposed Motion for Extension of Time to File Appellant's Brief and Appendix giving the Appellant until October 25, 2013 to file and serve Appellant's Brief with the Appendix due seven (7) days thereafter.

Dated this 8th day of October, 2013.

| | |
|---|---|
| */s/ Donald A. Yarbrough* | */s/ Ernest H. Kohlmyer, III* |
| Donald A. Yarbrough, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0158658 | Florida Bar No. 110108 |
| Donald A. Yarbrough, P.A. | Urban, Thier, Federer & Chinnery, P.A. |
| P.O. Box 11842 | 200 S. Orange Avenue, Suite 2000 |
| Fort Lauderdale, FL 33339 | Orlando, FL 32801 |
| Telephone (954) 537-2000 | Telephone (407) 245-8352 |
| Facsimile (954) 566-2235 | Facsimile (407) 245-8361 |
| don@donyarbrough.com | kohlmyer@urbanthier.com |
| *Attorneys for Plaintiff/Appellee* | *Attorneys for Defendant/Appellant* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on October 8, 2013 with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to the following: Donald A. Yarbrough, Esquire at don@donyarbrough.com; and Eileen Parsons, Esquire at eparsons@vpl-law.com

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 0110108
Kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant/Appellant*