UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:11-61936-SCOLA

MARK S. MAIS, on behalf of himself
and all others similarly situated,

    Plaintiffs,

vs.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
_____/

## JOINT THIRTY (30) DAY STATUS REPORT

COMES NOW, Plaintiff/Appellee, MARK S. MAIS ("Mais"), and Defendant/Appellant, GULF COAST COLLECTION BUREAU, INC. ("GCCB"), and pursuant to this Court's Order (**DE 210**), presents the parties' Joint Thirty (30) Day Status Report regarding Defendant's Request for Interlocutory Appeal to the Eleventh Circuit for the time period from December 9, 2013 through and including January 8, 2014, and herein states as follows:

    1.    On December 10, 2013, Appellee, Mark Mais, filed his Brief with the United States Court of Appeals for the Eleventh Circuit.

    2.    On December 12, 2013, the Court granted ACA International's Unopposed Motion to File an Out-Of-Time Amicus-Curiae Brief and ACA International Brief was filed as a part of the record.

    3.    On December 20, 2013, the Federal Communications Commission filed an opposed Motion for Leave to File an Amicus Curiae Brief is Support of Appellant on Jurisdiction with the United States Court of Appeals for the Eleventh Circuit

4. On December 24, 2013, GCCB filed its Reply Brief with the United States Court of Appeals for the Eleventh Circuit.

5. On December 24, 2013, Mais filed a Response in Opposition to the Federal Communications Commission's Motion for Leave to file an Amicus Curiae Brief Out of Time and Appellee's Motion, in the Alternative, to File a Supplemental Brief in Response with the United States Court of Appeals for the Eleventh Circuit.

6. On January 6, 2014, GCCB filed its Supplemental Authority with the United States Court of Appeals for the Eleventh Circuit.

Dated this 8th day of January, 2014.

| | |
|---|---|
| */s/ Donald A. Yarbrough* | */s/ Ernest H. Kohlmyer, III* |
| Donald A. Yarbrough, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0158658 | Florida Bar No. 110108 |
| Donald A. Yarbrough, P.A. | Urban, Thier, Federer & Chinnery, P.A. |
| P.O. Box 11842 | 200 S. Orange Avenue, Suite 2000 |
| Fort Lauderdale, FL 33339 | Orlando, FL 32801 |
| Telephone (954) 537-2000 | Telephone (407) 245-8352 |
| Facsimile (954) 566-2235 | Facsimile (407) 245-8361 |
| don@donyarbrough.com | kohlmyer@urbanthier.com |
| *Attorneys for Plaintiff/Appellee* | *Attorneys for Defendant/Appellant* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on January 8, 2014 with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to the following: Donald A. Yarbrough, Esquire at don@donyarbrough.com; and Eileen Parsons, Esquire at eparsons@vpl-law.com

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III, Esquire
>Florida Bar No. 0110108
>Kohlmyer@urbanthier.com
>Urban, Thier, Federer & Chinnery, P.A.
>200 S. Orange Avenue, Suite 2000
>Orlando, FL  32801
>Phone: (407) 245-8352
>Fax: (407) 245-8361
>*Attorneys for Defendant/Appellant*