UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:11-61936-SCOLA

MARK S. MAIS, on behalf of himself
and all others similarly situated,

    Plaintiffs,

vs.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
    _____/

## JOINT THIRTY (30) DAY STATUS REPORT

COMES NOW, Plaintiff/Appellee, MARK S. MAIS ("Mais"), and Defendant/Appellant, GULF COAST COLLECTION BUREAU, INC. ("GCCB"), and pursuant to this Court's Order (**DE 210**), presents the parties' Joint Thirty (30) Day Status Report regarding Defendant's Request for Interlocutory Appeal to the Eleventh Circuit for the time period from January 9, 2014 through and including February 5, 2014, and herein states as follows:

1.    The parties advise the Court that there has been no activity to report since the last Joint Thirty Day Status Report (DE 227) filed on January 8, 2014.  However, the parties advise the Court that the United States Court of Appeals for the Eleventh Circuit has not ruled on the following:

    (a) The Federal Communications Commission's Motion for Leave to File an Amicus Curiae Brief is Support of Appellant on Jurisdiction filed with the United States Court of Appeals for the Eleventh Circuit on December 20, 2013; and

(b) Mais' Response in Opposition to the Federal Communications Commission's Motion for Leave to file an Amicus Curiae Brief Out of Time and Appellee's Motion, in the Alternative, to File a Supplemental Brief in Response filed by on December 24, 2013.

Dated this 6th day of February, 2014.

| | |
|---|---|
| */s/ Donald A. Yarbrough* | */s/ Ernest H. Kohlmyer, III* |
| Donald A. Yarbrough, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0158658 | Florida Bar No. 110108 |
| Donald A. Yarbrough, P.A. | Urban, Thier, Federer & Chinnery, P.A. |
| P.O. Box 11842 | 200 S. Orange Avenue, Suite 2000 |
| Fort Lauderdale, FL 33339 | Orlando, FL 32801 |
| Telephone  (954) 537-2000 | Telephone (407) 245-8352 |
| Facsimile (954) 566-2235 | Facsimile (407) 245-8361 |
| don@donyarbrough.com | kohlmyer@urbanthier.com |
| *Attorneys for Plaintiff/Appellee* | *Attorneys for Defendant/Appellant* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on February 6, 2014 with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to the following:   Donald A. Yarbrough, Esquire at don@donyarbrough.com; and Eileen Parsons, Esquire at eparsons@vpl-law.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 0110108
Kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant/Appellant*