**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 11-cv-61936 (SCOLA/OTAZO-REYES)

MARK S. MAIS, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC.,

    Defendant.
_____/

**DEFENDANT'S NOTICE THAT PENDING**
**MOTION FOR TAXATION OF COSTS IS UNOPPOSED BY DEFAULT**

COMES NOW, Defendant, GULF COAST COLLECTION BUREAU, INC. (hereinafter "GCCB"), by and through its undersigned counsel, and hereby give notice that Defendant's Motion for Taxation of Costs with Memorandum of Law (DE 241 and 242) is **UNOPPOSED,** and states as follows:

    1.    On December 1, 2014, the Court issued an Order granting Judgment in favor of Defendant following the Eleventh Circuit's reversal of the underlying order on summary judgment. *See,* DE 240.

    2.    On December 31, 2015, the Defendant filed its Motion for Taxation for Costs with Memorandum of Law seeking an award of standard costs against Plaintiff resulting from the underlying action and the interlocutory appeal. [DE 241, DE 242]

3.      Local Rule 7.1(c) of the United States District Court for the Southern District of Florida provides that each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after the motion is filed, and that failure to do so may be deemed sufficient cause for granting the motion by default.

4.      On January 5, 2015, U.S. District Judge Robert Scola issued a Certification and Order of Transfer to Magistrate Judge Otazo-Reyes. **[DE 243]**

5.      Accordingly, to this date, Plaintiff never responded to Defendant's Motion for Taxation of Costs.  The deadline to respond expired on or about January 13, 2015.

6.      As of the filing of the instant Notice, Plaintiff has not filed a response to Defendant's Motion for Taxation of Costs nor has he moved for an extension of time within which to do so.

7.      To date, the court has yet to enter an Order regarding the Motion to Taxation Costs.

8.      This Court has recognized that the failure to timely oppose a motion is grounds for granting the motion by default. *See, e.g., United States of America v. Michael F. Black*, Case No.: 4:14-cv-10012-JEM, Order Granting Plaintiff's Motion for Summary Judgment by Default (DE 13)(June 17, 2014)(Martinez, J).

9.      In light of the foregoing, Defendant hereby gives notice that Defendant's Motion for Taxation of Costs (DE 241 and 242) is **UNOPPOSED.**

                                            Respectfully submitted,

                                            */s/ Ernest H. Kohlmyer, III*_____
                                            Ernest H. Kohlmyer, III, LL.M.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **March 6, 2015**, via the Court Clerk's CM/ECF system and a copy of the foregoing document was sent via electronic transmission which will provide notice to the following: Deepak Gupta, Esquire at deepak@guptabeck.com; Donald A. Yarbrough, Esquire at don@donyarbrough.com; O. Randolph Bragg, Esquire at rand@horwitzlaw.com *(Attorneys for Plaintiff, Mark S. Mais)*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire, LL.M.
Florida Bar Number:  0110108
Urban, Thier, Federer & Chinnery, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida  32801
Telephone 407-245-8352
Facsimile 407-245-8361
E-mail:  Kohlmyer@urbanthier.com
*Attorneys for Defendant, Gulf Coast Collection Bureau, Inc.*