United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mark S. Mais, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 11-61936-Civ-Scola |
| ) | |
| Gulf Coast Collection Bureau, Inc. ) | |
| Defendant ) | |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation on the Defendant's Motion for Bill of Costs (ECF No. 241). On August 11, 2015, Judge Otazo-Reyes issued a Report, recommending that the Court grant the Motion and award the Defendant costs in the amount of $5,177.68. (Report & Recommendations, ECF No. 250.) No objections have been filed and the time to object has passed. Having considered Judge Otazo-Reyes's Report, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's Report and Recommendation cogent and compelling.

The Court **affirms and adopts** Judge Otazo-Reyes's Report and Recommendation (ECF No. 92). The Court **grants in part** Defendant Gulf Coast Collection Bureau, Inc.'s Motion (ECF No. 241). Consistent with the Report, the Court awards **$5,177.68** in costs to Gulf Coast Collection Bureau, Inc. to be paid by the Plaintiff, Mark S. Mais.

**Done and ordered** in chambers, at Miami, Florida, on September 1, 2015.

Robert N. Scola, Jr.
United States District Judge